# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ANGELA OOTSEY | § | |
| | § | |
| v. | § | Case No. 4:21-cv-853 |
| | § | |
| SAVANNAH GRASSER | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the STIPULATION OF DISMISSAL of Plaintiff Angela Ootsey wherein Plaintiff stipulates to the dismissal with prejudice of all claims asserted by her against Defendant Savannah Grasser in the above-captioned matter. The Court approves the STIPULATION.

Accordingly, this action be and hereby is **DISMISSED WITH PREJUDICE**, and all claims of the Plaintiff against Defendant, be and hereby are dismissed with prejudice. The Parties shall bear their own costs and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
SIGNED this 25th day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE